```
                UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:04-00188

**REGINALD C. JACKSON**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER</u>
<u>MEMORANDUM OPINION AND ORDER</u>

On September 8, 2011, the United States of America appeared by Joshua C. Hanks, Assistant United States Attorney, and the defendant, Reginald C. Jackson, appeared in person and by his counsel, Lex A. Coleman, Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendment thereto submitted by Senior United States Probation Officer Douglas W. Smith, the defendant having commenced a three-year term of supervised release in this action on November 16, 2007, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on March 2, 2006.

The court heard the admissions of the defendant and the representations and argument of counsel.

**For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) that the defendant failed to abide by the special condition that he reside at Transitions, Inc. for a period of six months inasmuch as he entered the program on May 25, 2011, left on June 29, 2011, and did not return, for which he was discharged from the program, rendering his whereabouts unknown; and (2) that the defendant used and possessed marijuana, cocaine, and opiates as admitted by him to the probation officer on August 8, 2011, the defendant having reported that he did not have a valid prescription for the Lortab he had taken, which is an opiate; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.**

**And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously**

imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, on the basis of the original offense, the intervening conduct of the defendant and after considering the factors set forth in 18 U.S.C. § 3553(a), that the defendant is in need of correctional treatment which can most effectively be provided if he is confined, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FOUR (4) MONTHS, to be followed by a term of THIRTY-TWO (32) MONTHS of supervised release upon the standard conditions of supervised release now in effect in this district by order entered June 22, 2007, and the further condition that the defendant not commit another federal, state or local crime and the special condition that he participate in the PARC Riverside program in St. Albans, West Virginia, including the detox program and residential program, for a minimum period of 90 days and for as long as six months, and participate in such other substance

abuse counseling and treatment program as directed by the probation officer.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: September 20, 2011

John T. Copenhaver, Jr.
United States District Judge